RECEIVED
IN ALEXANDRIA, LA
JAN 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EVELYN G. INGRAM,<br>   Appellant | CIVIL ACTION<br>NO. CV07-0414-A |
| VERSUS | |
| MICHAEL ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>   Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED the final decision of the Commissioner is REVERSED AND VACATED and that Ingram's case is REMANDED to the Commissioner for further proceedings consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 2ND day of January, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE