U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

SEP - 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

EVELYN INGRAM                      CIVIL ACTION 7-0414

VERSUS                             U.S. DISTRICT JUDGE DEE D. DRELL

MICHAEL J. ASTRUE,                 U.S. MAGISTRATE JUDGE JAMES D. KIRK
Commissioner

JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to

Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no

objections to it filed,

IT IS ORDERED that plaintiff EVELYN INGRAM be awarded attorney's fees in the

amount of $2,236.50 payable on her behalf to her attorney, William J. Ziegler, Jr.

Thus done and signed on the ____ day of _____ 2008.

                                   _____
                                   Hon. Dee D. Drell
                                   U. S. District Judge